458 A.2d 269

Commonwealth v. Brown, Appellant.

Argued November 16, 1982. Samuel Kagle, for appellant; Garold E. Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.